**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-6911**

─────────────

ELIJAH MENDELL MILLNER,

              Petitioner - Appellant,

     v.

ISRAEL HAMILTON, Warden,

              Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Joel Christopher Hoppe, Magistrate Judge.  (7:22-cv-00020-JCH)

─────────────

Submitted:  December 5, 2024                                         Decided:  December 10, 2024

─────────────

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Elijah Mendell Millner, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elijah Mendell Millner seeks to appeal the magistrate judge's order dismissing as untimely his 28 U.S.C. § 2254 petition. *See Gonzalez v. Thaler*, 565 U.S. 134, 148 & n.9 (2012) (explaining that § 2254 petitions are subject to one-year statute of limitations, running from latest of four commencement dates enumerated in 28 U.S.C. § 2244(d)(1)). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the Magistrate Judge denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez*, 565 U.S. at 140-41 (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Millner has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*